UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CHASE A. NAGY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-340 (GHL)

_Seth Buchman, Esq._
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere as to count(s) _1 and 2 as superseded on the record._

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED:** May 30, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $150.00 on superseding count 1, and a fine of $150.00 on superseding count 2, both counts of Disorderly Conduct. A special assessment of $5.00 is imposed on each count. Total amount of the fines and special assessments amounts to $310.00, payable no later than December 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

_September 10, 2008_
Date of Imposition of Sentence

_September 25, 2008_
DATE SIGNED

_George H. Lowe_
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE